

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00215-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD.**, L.L.P. d/b/a
Methodist Children's Hospital of South Texas, Robert Gonzalez, and Rodney Sheffield,
Appellants

v.

Emily **BELDEN**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18164
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellants Methodist Healthcare System and others are pursuing an interlocutory appeal of the trial court's denial of its motion to dismiss plaintiffs' healthcare liability claim. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.014(b), 74.351(b) (West Supp. 2013). In its March 20, 2014 order, the trial court stayed discovery including that under sections 74.351(s) and 74.351(u) until April 19, 2014. On April 4, 2014, Appellants, citing *In re Lumsden*, 291 S.W.3d 456 (Tex. App.—Houston [14th Dist.] 2009, orig. proceeding), moved this court to stay discovery pending our resolution of this appeal.

Appellants' motion to stay discovery under sections 74.351(s) and 74.351(u) is GRANTED. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 74.351(s), (u). We ORDER that all discovery under sections 74.351(s) and 74.351(u) in cause number 2012-CI-18164 is STAYED pending resolution of this appeal or further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court